D.Conn. /NHCT
01-cv-1759
Arterton, J.

# MANDATE

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

FILED
12:54 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 15th day of October two thousand and three,

Present:
    Hon. John M. Walker, Jr.
        *Chief Judge,*
    Hon. Dennis Jacobs,
    Hon. Richard C. Wesley,
        *Circuit Judges.*

[SEAL: UNITED STATES COURT OF APPEALS FILED OCT 1 5 2003 Roseann B. MacKechnie, Clerk SECOND CIRCUIT]

Curtiss Ebron,
        Petitioner-Appellant,

v.                                                                      03-2331

Remi Acosta, Warden,
Enfield Correctional Inst.,
        Respondent-Appellee.

Petitioner seeks to reinstate an appeal which was previously terminated due to his default. This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because the notice of appeal is untimely under Rule 4(a)(1) of the Federal Rules of Appellate Procedure. Therefore, it is ORDERED that the motion to reinstate is denied. See Fed. R. App. P. 2; Calloway v. Marvel Entertainment Group, 854 F. 2d 1452, 1475 (2d Cir. 1988), rev'd on other grounds, 493 U.S. 120 (1988)(permitting reinstatement of appeal where the interests of justice so require). It is FURTHER ORDERED that all remaining motions are denied as moot.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
*[signature: Joseph M. Rodriguez]*

USCA Order

OCT 1 5

Roseann B. MacKechnie, Clerk
By: *[signature]*
Oliva M. George, Deputy Clerk

—ISSUED AS MANDATE: DEC 11 2003 —